No. 82–5032.  PEISTER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 82–5034.  DEGRAFFENREID *v.* ORR ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5035.  HOLT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–5036.  BRYAN *v.* U. S. OFFICE OF PERSONNEL MANAGEMENT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5037.  ELLERY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 82–5039.  STODDARD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–5040.  GISH *v.* GAGNON.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 82–5042.  PARKER ET AL. *v.* MYERS ET AL.  Sup. Ct. S. C.  Certiorari denied.

No. 82–5043.  NEWELL *v.* MIZELL ET AL.  C. A. 7th Cir. Certiorari denied.

No. 82–5044.  MCMURRY *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 82–5047.  HARRIS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–5048.  HARRIS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–5049.  BRAWER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–5050.  BREESE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.